# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

Before
**J.A. FISCHER, D.C. KING, S.A. DOMINGUEZ**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**JOSHUA S. POUNDS**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201400300**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 22 April 2014.
**Military Judge**: LtCol J.D. Groharing, USMC.
**Convening Authority**: Commanding Officer, Marine Corps Intelligence Schools, Virginia Beach, VA.
**Staff Judge Advocate's Recommendation**: LtCol M.E. Sayegh, USMC.
**For Appellant**: CDR Christopher Roper, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**18 November 2014**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court